No. 423. LEVERING & GARRIGUES CO. ET AL. v. MORRIN ET AL. November 7, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted limited to the question of federal jurisdiction other than questions relating to diversity of citizenship.

*Mr. Merritt Lane* for petitioners. *Messrs. Frank P. Walsh* and *John Walsh* for respondents.